IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID GORDON, SAMAYA GORDON | : CIVIL ACTION |
| v. | : NO. 23-479 |
| LM GENERAL INSURANCE CO. | : |

## ORDER

AND NOW, this 17th day of April 2023, upon considering Defendant's Motion to dismiss (ECF Doc. No. 6), Plaintiffs' Response (ECF Doc. No. 11), Defendant's Reply (ECF Doc. No. 13), following extensive oral argument, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 6) is **GRANTED** requiring we **dismiss** this case with prejudice and the Clerk of Court **close** this case.

_____
KEARNEY, J.